IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE MORGAN,

    Plaintiff,                   No. 2:08-cv-1244 MCE JFM (PC)

    vs.

D.K. SISTO, Warden,

    Defendant.                ORDER

_____/

    Plaintiff has requested an extension of time to file an opposition to defendant's September 4, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's September 30, 2008 application for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant's September 4, 2008 motion to dismiss.

DATED: October 6, 2008.

UNITED STATES MAGISTRATE JUDGE

/ke
morg1244.36

1